JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ROBINSON<br><br>  Plaintiff,<br><br>  vs.<br><br>ABBVIE INC. AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>  Defendants | Case No. CV 23-2286-GW-SKx<br><br>Assigned for all purposes to the Hon. George H. Wu<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

# **ORDER**

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41()(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismissed the above-entitled action with prejudice. The Court vacates all dates and deadlines. The Clerk of the Court shall close the case.

DATED: April 30, 2024

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE